# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **KEVIN JAMES PRUDHOMME** | : | **CASE NO.  2:19-CV-01085** |
| **VERSUS** | : | **JUDGE TERRY A. DOUGHTY** |
| **BROCK SERVICES LLC** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

The Report and Recommendation [Doc. No. 49] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, and DECREED** that the pending Motions to Dismiss [Doc. Nos. 26 and 46] are **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that Plaintiff's claims against Defendant Brock Services LLC are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

**MONROE, LOUISIANA,** this 24th day of June 2022.

_____
Terry A. Doughty
United States District Judge